Andrew (J.) DesOrmeau
{PlantiFF / Petitioner}
V.
Laredo Police Dept.
{DeFendant / Respondent}

FILED
2025 SEP -8 AM 10:59
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

TO: THE UNITED STATES DISTRICT COURT

Greivence is concerning the illegal use of Arrest by officer Hernandez against my self as well as the Coercive influence of the police officeRS Authority to Force any business to Cooperate with any punitive and unconstitutional thresspass oR punishment on myselF.

inccedent: on Saterday Sept.-6-2025 @ 3:30pm at The ChaseBank 10720 international B/v. 78045 I was sitting in the A.T.M. Lobby part of the Bank after buisness houres That is open and entiteled to the public to enter. officer Hernandez of the laredo P.D. Attempted to Coerce a Trespass From the maitenence crew (cleaning crew people) at the bank and when her Attempt Failed she then Demanded Identification From me. when I Told her to Articulate a crime she could not and became angry ...

Case 5:25-cv-00148 Document 1 Filed 09/08/25 in TXSD Page 2 of 2



and Proceded to Aresst me and Took my Identification off my person Illagaly Without my Consent. Then She Proceded to Search (Google) For a Phone number to a manager after hours To Solicet and Coerce a Tresspass against me. her Attempt to do So Failed again She told me that She plans to Solicit the Bank maneger on monday Sept-8-2025 I wish to proceed with a Fedral Law siut against the Laredo P.D. For Harassment Pysical and mental Distress. I want This Harassment to Stop imedetly.
This goes agaist. my Constitutional Rights
Freedom of Speach 1
Freedom of Religion 2
Freedom of Assembly 3
Freedom of Press 4
I have video Footage on said incednt on (YouTube)
Please feel free to contact me at 5912 San Bernardo Av. Apt. #298 Laredo Texas 78041
I'm asking For Justice Thank You and GOD Bless! Sincerly

Ephisians 6-12